■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JAMES, Also Known as DAVID GIRAUDY, Appellant. [712 NYS2d 887] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered September 16, 1997, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish that he possessed three packets of cocaine is unpreserved for appellate review (see, CPL 470.05 [2]; *People v Udzinski*, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the People (see, *People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]).

The sentence was not excessive (see, *People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. S. Miller, J. P., Friedmann, Luciano and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO RODRIGUEZ, Appellant. [712 NYS2d 870] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 22, 1999 (*People v Rodriguez*, 259 AD2d 713), affirming a judgment of the Supreme Court, Kings County, rendered January 12, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, *Jones v Barnes*, 463 US 745). Bracken, J. P., Sullivan, Altman and McGinity, JJ., concur.